# UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

| | |
|---|---|
| *In re:* <br> ALEJANDRO CANARIO PEREZ <br> xxx–xx–1598 <br><br> Debtor(s) | Case No. 19–05917 <br> Chapter 7 <br><br><br> FILED & ENTERED ON 10/15/19 |

## ORDER

The application to pay filing fees in installments filed by debtor, (Docket Entry # 2) is hereby granted.

San Juan, Puerto Rico, this **Tuesday, October 15, 2019** .

*(signature)*
MARIA DE LOS ANGELES GONZALEZ, ESQ.
Clerk of the Court

By: INECITA COLLAZO
Deputy Clerk

cc: ROBERTO ROMAN VALENTIN
    All Creditors